UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRENE PRIDGEN,

    Plaintiff,

v.    Case No.  8:05-cv-858-T-24 MSS

FIRST UNION MORTGAGE
CORPORATION, ET AL.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on its own.  Plaintiff filed suit in state court.  Thereafter, she filed a Notice of Removal with this Court.  However, Plaintiff is not entitled to remove this case from state court; only defendants can remove a case.  See Murray v. Hy Cite Corp./Royal Prestige, 150 F. Supp.2d 527, 529 (E.D.N.Y. 2001); Coastal Air Svc., Inc. v. Tarco Aviation Svc., Inc., 301 F. Supp. 586, 588 (S.D. Ga. 1969); see also Wright & Miller: Federal Practice & Proc., § 3731.

Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to remand this case back to state court and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of May, 2005.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff